| | |
|---|---|
| 1 | Erik L. Jackson  (State Bar No. 166010)<br>ejackson@cozen.com |
| 2 | COZEN O'CONNOR<br>601 S. Figueroa Street, Suite 3700 |
| 3 | Los Angeles, CA  90017<br>Telephone: 213.892.7900 |
| 4 | Facsimile: 213.892.7999 |
| 5 | Martin B. Pavane (Seeking *Pro Hac Vice*)<br>mpavane@cozen.com |
| 6 | Marilyn Neiman (Seeking *Pro Hac Vice*)<br>mneiman@cozen.com |
| 7 | COZEN O'CONNOR<br>277 Park Avenue |
| 8 | New York, NY 101722<br>Telephone:  212.883.4900 |
| 9 | Facsimile:  212.656.1692 |
| 10 | Attorneys for Plaintiff<br>FEENEY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEENEY, INC., | Case No.: 12-CV-01374 MMC |
| Plaintiff, | **[PROPOSED] ORDER RE GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO RESCHEDULE DEADLINES IN CASE MANAGEMENT CONFERENCE ORDER (DE 10)** |
| vs. | |
| THE CABLE CONNECTION and ULTRA-TEC CORPORATION, | |
| Defendants. | [N.D. Local Rule 6-3] |
| | [Filed And Served Concurrently With Ex Parte Application and Declaration Of Erik L. Jackson ] |
| | Complaint Filed:  March 19, 2012 |

1
[PROPOSED] ORDER

THE COURT, having considered Plaintiff's *Ex Parte* Application To Reschedule Deadlines in Case Management Conference Order (DE 10) and supporting Declaration of Erik L. Jackson, hereby GRANTS the *Ex Parte* Application, as follows:

| TASK AS SET FORTH IN CASE MANAGEMENT CONFERENCE ORDER (DE 10) | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Case Management Statement | June 29, 2012 | August 31, 2012 |
| Initial Case Management Conference | July 6, 2012 | September 7, 2012 |

ENTERED THIS  20th   DAY OF JUNE, 2012

_____
The Honorable Maxine M. Chesney
United States District Judge

1959649v1