Erik L. Jackson  (State Bar No. 166010)
ejackson@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA  90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Martin B. Pavane (Seeking *Pro Hac Vice*)
mpavane@cozen.com
Marilyn Neiman (Seeking *Pro Hac Vice*)
mneiman@cozen.com
COZEN O'CONNOR
277 Park Avenue
New York, NY 101722
Telephone:  212.883.4900
Facsimile:  212.656.1692

Attorneys for Plaintiff
FEENEY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEENEY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE CABLE CONNECTION and ULTRA-TEC CORPORATION, <br><br> Defendants. | Case No.: 12-CV-01374 MMC <br><br> **[PROPOSED] ORDER RE GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO RESCHEDULE DEADLINES IN CASE MANAGEMENT CONFERENCE ORDER (DE 10)** <br><br> [N.D. Local Rule 6-3] <br><br><br> [Filed And Served Concurrently With Ex Parte Application and Declaration Of Erik L. Jackson ] <br><br> Complaint Filed:  March 19, 2012 |

1  THE COURT, having considered Plaintiff's *Ex Parte* Application To
2  Reschedule Deadlines in Case Management Conference Order (DE 10) and supporting
3  Declaration of Erik L. Jackson, hereby GRANTS the *Ex Parte* Application, as
4  follows:

| TASK AS SET FORTH IN CASE MANAGEMENT CONFERENCE ORDER (DE 10) | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Case Management Statement | June 29, 2012 | August 31, 2012 |
| Initial Case Management Conference | July 6, 2012 | September 7, 2012 |

ENTERED THIS __20th__ DAY OF JUNE, 2012

_____
The Honorable Maxine M. Chesney
United States District Judge

1959649v1