RECEIVED
2012 AUG -2 A 11: 10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEENEY, INC.

CASE NO. 12-cv-01374 MMC

Plaintiff,

v.

THE CABLE CONNECTION and
ULTRA-TEC CORPORATION

Defendant.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Marilyn Neiman, Esq., whose business address and telephone number is

COZEN O'CONNOR
277 Park Avenue, New York, NY 10172, Telephone 212.883.4900

and who is an active member in good standing of the bar of Fed. Ct. for South. Dist. of N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Feeney, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 7, 2012

United States District Judge