1

2

3

4

5

6

7

8

9

10

11

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13

14

15

16

17

| | |
|---|---|
| FEENEY, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE CABLE CONNECTION and ULTRA-TEC CORPORATION,<br><br>                    Defendants. | Case No. 3:12-CV-01374-MMC<br><br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TIMOTHY P. GETZOFF *PRO HAC VICE*** |

18

19        Timothy P. Getzoff, an active member in good standing of the bar of the State of

20   Colorado, whose business address and telephone number are:

21        Holland & Hart LLP
         1800 Broadway, Suite 300
22       Boulder, Colorado  80302
         Telephone: (303) 473-2734
23

24        having applied in the above entitled action for admission to practice in the Northern

25   District of California on a *pro hac vice* basis, representing Defendants The Cable Connection and

26   Ultra-Tec Corporation,

27

28

1    **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and

2    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

3    *vice.*  Service of papers upon and communication with co-counsel designated in the application

4    will constitute notice to the party.  All future filings in this action are subject to the requirements

5    contained in Civil L.R. 5-1, *Electronic Case Filing.*

6

7

8    Dated: <u>August 10, 2012</u>                    By: _____

9                                                        Hon. Judge Maxine M. Chesney
                                                         United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28