UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEENEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CABLE CONNECTION and ULTRA-TEC CORPORATION, <br><br> Defendants. | Case No. 3:12-CV-01374-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TIMOTHY P. GETZOFF *PRO HAC VICE* |

Timothy P. Getzoff, an active member in good standing of the bar of the State of Colorado, whose business address and telephone number are:

> Holland & Hart LLP
> 1800 Broadway, Suite 300
> Boulder, Colorado  80302
> Telephone: (303) 473-2734

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants The Cable Connection and Ultra-Tec Corporation,

1  **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice.*  Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in Civil L.R. 5-1, *Electronic Case Filing.*

8  Dated: August 10, 2012          By: _____
9                                                                 Hon. Judge Maxine M. Chesney
                                                               United States District Judge