Erik L. Jackson (State Bar No. 166010)
ejackson@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Martin B. Pavane (Admitted *Pro Hac Vice*)
mpavane@cozen.com
Marilyn Neiman (Admitted *Pro Hac Vice*)
mneiman@cozen.com
COZEN O'CONNOR
277 Park Avenue
New York, NY 101722
Telephone: 212.883.4900
Facsimile: 212.656.1692

Attorneys for Plaintiff
FEENEY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEENEY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE CABLE CONNECTION and ULTRA-TEC CORPORATION, <br><br> Defendants. | Case No. 12-CV-01374 MMC <br><br> **JOINT STIPULATION AND PROPOSED ORDER STAYING LITIGATION**; ORDER STAYING LITIGATION; DIRECTIONS TO PARTIES |

Pursuant to Local Rules 6-1 and 7-12 of the United States District Court for the Northern District of California, the parties, Plaintiff Feeney, Inc. ("Feeney") and Defendants The Cable Connection and Ultra-Tec Corporation (collectively, "Cable Connection"), through their undersigned counsel, stipulate as follows:

JOINT STIPULATION AND PROPOSED                    Feeney, Inc. v. The Cable Connection, et al.,
ORDER STAYING LITIGATION                                           Civ. No. 12-cv-01374 MMC

WHEREAS, Feeney filed, on March 19, 2012, its complaint in the above-captioned action alleging infringement of U.S. Patent No. RE43,194 ("the '194 Patent") [D.E. 1];

WHEREAS, Cable Connection filed its answer to Feeney's complaint on August 3, 2012 [D.E. 18];

WHEREAS, on March 19, 2012, Magistrate Judge Corley entered an Order Setting Initial Case Management Conference and ADR Deadlines [D.E. 3];

WHEREAS, on June 11, 2012, Magistrate Judge Corley granted Feeney's *ex parte* application to adjourn the deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines [D.E. 6];

WHEREAS, on June 13, 2012, this case was reassigned to the Honorable Maxine M. Chesney and all hearing dates scheduled before Magistrate Judge Corley were vacated [D.E. 9];

WHEREAS, on June 14, 2012, this Court entered a Case Management Conference Order [D.E. 10];

WHEREAS, on June 20, 2012, this Court entered an Order re Plaintiff's *Ex Parte* Application to Reschedule Deadlines in Case Management Conference Order [D.E. 12], requiring the parties to file a Case Management Statement by August 31, 2012, and setting an Initial Case Management Conference for September 7, 2012;

WHEREAS, on July 30, 2012, Cable Connection filed with the United States Patent and Trademark Office ("Patent Office") a request seeking *inter partes* reexamination of the '194 Patent, and that request is pending before the Patent Office;

WHEREAS, good cause exists for a stay of this litigation in its entirety as, *inter alia*: (1) a stay would conserve the parties' and the Court's resources; (2) the results of the reexamination of the '194 Patent would allow the Court and the parties to benefit from the Patent Office's expertise in addressing the validity of the '194 Patent and avoid simultaneous and duplicative proceedings before this Court and the Patent Office; (3) a stay pending the Patent Office's resolution of *inter partes* reexamination proceedings is likely to simplify the issues in question and any trial in this litigation;

JOINT STIPULATION AND PROPOSED                     Feeney, Inc. v. The Cable Connection, et al.,
ORDER STAYING LITIGATION                                            Civ. No. 12-cv-01374 MMC

2

NYC_MIDTOWN\1971715\1

and (4) the discovery in this litigation has not yet commenced (*see Research In Motion, Ltd. v. Visto. Corp.,* 545 F. Supp. 2d 1011, 1012 (N.D. Cal. 2008));

NOW, THEREFORE, it is hereby stipulated by and between the parties, subject to the approval of the Court:

1. The above-captioned litigation is stayed in its entirety: (1) until the Patent Office denies Cable Connection's request for *inter partes* reexamination, or (2) if the Patent Office grants Cable Connection's request for *inter partes* reexamination, until the Patent Office issues an *inter partes* reexamination certificate pursuant to 35 U.S.C. §316(a).

2. Promptly after the occurrence of an event specified in paragraph 1 above, counsel shall jointly or separately advise the Court of the outcome of the *inter partes* reexamination proceeding and propose further proceedings herein in view thereof.

| FEENEY, INC. | THE CABLE CONNECTION and ULTRA-TEC CORPORATION |
|---|---|
| By: /s/ Erik L. Jackson_____<br>Erik L. Jackson (Ca. Bar No. 166010)<br>ejackson@cozen.com<br>COZEN O'CONNOR<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Telephone: 213.892.7900<br>Facsimile: 213.892.7999<br><br>Martin B. Pavane (Admitted *Pro Hac Vice*)<br>mpavane@cozen.com<br>Marilyn Neiman (Admitted *Pro Hac Vice*)<br>mneiman@cozen.com<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY 101722<br>Telephone: 212.883.4900<br>Facsimile: 212.656.1692<br><br>Attorneys for Plaintiff<br>FEENEY, INC. | By:/s/ Marc N. Bernstein_____<br>Marc N. Bernstein (Ca. Bar No. 145837)<br>Email: mbernstein@blgrp.com<br>THE BERNSTEIN LAW GROUP, P.C.<br>WILL B. FITTON (CA SBN 182818)<br>Email: wfitton@blgrp.com<br>555 Montgomery Street, Suite 1650<br>San Francisco, California 94111<br>Telephone: (415) 765-6633<br>Facsimile: (415) 283-4804<br><br>HOLLAND & HART LLP<br>TIMOTHY P. GETZOFF (Admitted *Pro Hac Vice*)<br>Email: tpgetzoff@hollandhart.com<br>1800 Broadway, Suite 300<br>Boulder, Colorado 80302<br>Telephone: (303) 473-2734<br>Facsimile: (303) 473-2720<br><br>Attorneys for Defendants<br>THE CABLE CONNECTION and ULTRA-TEC CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, and it is further ordered that the deadline for the parties to file a Case Management Statement and the September 7, 2012 Initial Case Management Conference are adjourned *sine die*.   The parties are DIRECTED to file, no later than one year from the date of this order and every 365 days thereafter, a Joint Status Report to apprise the Court of the status of the reexamination proceeding.

Dated: August 21, 2012

_____
The Honorable Maxine M. Chesney
United States District Judge

JOINT STIPULATION AND PROPOSED
ORDER STAYING LITIGATION

Feeney, Inc. v. The Cable Connection, et al.,
Civ. No. 12-cv-01374 MMC