Erik L. Jackson (State Bar No. 166010)
ejackson@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Martin B. Pavane (Admitted *Pro Hac Vice*)
mpavane@cozen.com
Marilyn Neiman (Admitted *Pro Hac Vice*)
mneiman@cozen.com
COZEN O'CONNOR
277 Park Avenue
New York, NY 101722
Telephone: 212.883.4900
Facsimile: 212.656.1692

Attorneys for Plaintiff
FEENEY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEENEY, INC., | Case No. 12-CV-01374 MMC |
| Plaintiff, | |
| vs. | **RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE CABLE CONNECTION and ULTRA-TEC CORPORATION, | |
| Defendants. | ~~[PROPOSED]~~ ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiff Feeney, Inc. ("Feeney"), and Defendants The Cable Connection and Ultra-Tec Corporation (collectively, "Cable Connection"), by through their undersigned counsel, stipulate as follows:

RULE 41(a)(1)(A)(ii)
STIPULATION OF DISMISSAL

Feeney, Inc. v. The Cable Connection, et al.,
Civ. No. 12-cv-01374 MMC

WHEREAS, Feeney filed, on March 19, 2012, its complaint in the above-captioned action ("Action") alleging infringement of U.S. Patent No. RE43,194 ("the '194 Patent") [D.E. 1];

WHEREAS, Cable Connection filed their answer to Feeney's complaint on August 3, 2012 [D.E. 18];

WHEREAS, by Order, dated August 21, 2012 [Doc. No. 28], this Action was stayed in its entirety pending the outcome of an *inter partes* reexamination in the Patent Office.

NOW, THEREFORE, it is hereby stipulated by and between the parties:

1. The parties request that the stay in this Action be vacated; and

2. The parties hereby consent to the dismissal of this Action, with prejudice, without costs to either party.

Dated: August 12, 2013                         COZEN O'CONNOR

                                               By: /s/Erik L. Jackson
                                               Erik L. Jackson (St. Bar No. 166010)
                                               Attorneys for Plaintiff *Feeney, Inc.*

Dated: August 12, 2013                         THE BERNSTEIN LAW GROUP PC

                                               By: /s/Marc N. Bernstein
                                               Marc N. Berstein (St. Bar No. 145837)
                                               Attorneys for Defendants *The Cable Connection and Ultra-Tec Corporation*

RULE 41(a)(1)(A)(ii)                                    Feeney, Inc. v. The Cable Connection, et al
STIPULATION OF DISMISSAL; [PROPOSED]                    Civ. No. 12-cv-01374 MMC
ORDER

1

**[PROPOSED] ORDER**

2     Having considered the Stipulated Dismissal With Prejudice filed by Plaintiff Feeney, Inc.

3 and Defendants The Cable Connection and Ultra-Tec Corporation (the "Dismissal"), the Court

4 finds that the Dismissal should be GRANTED.

5     IT IS HEREBY ORDERED that the stay in this action is vacated and that all claims

6 asserted in the above-captioned cause are dismissed with prejudice.  Each party shall bear its own

7 costs.

8

Dated:          August 13 , 2013

9

10                                        The Honorable Maxine M. Chesney
                                         United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  RULE 41(a)(1)(A)(ii)                          Feeney, Inc. v. The Cable Connection, et al
    STIPULATION OF DISMISSAL; [PROPOSED]          Civ. No. 12-cv-01374 MMC
28  ORDER